**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **EEI Mobile, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Cine Tik Creative<br>DBA  EEI Digital<br>DBA  EEI Global Detroit<br>DBA  EEI Mobile<br>DBA  Miller and Associates Consulting |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **38-3653057** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1601 West Hamlin Rd**<br>**Rochester Hills, MI 48309**<br>Number, Street, City, State & ZIP Code<br><br>**Oakland**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**7401 Freemont Pike Perrysburg, OH 43551**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **EEI Mobile, LLC**  
Name  
Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **EEI Global, Inc.**                         Relationship **Affiliate**

District **Eastern District of Michigan**    When **6/20/24**    Case number, if known

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**  
MM / DD / YYYY

**X /s/ Derek M. Gentile**  
Signature of authorized representative of debtor

**Derek M. Gentile**  
Printed name

Title  **Responsible Person**

**18. Signature of attorney**

**X /s/ Charles D. Bullock**  
Signature of attorney for debtor

Date  **June 20, 2024**  
MM / DD / YYYY

**Charles D. Bullock P55550**  
Printed name

**Stevenson & Bullock, P.L.C.**  
Firm name

**26100 American Drive**  
**Suite 500**  
**Southfield, MI 48034**  
Number, Street, City, State & ZIP Code

Contact phone  **(248)354-7906 Ext. 2224**  Email address  **cbullock@sbplclaw.com**

**P55550 MI**  
Bar number and State

# RESOLUTION OF EEI MOBILE, LLC

**EEI MOBILE, LLC** a Michigan limited liability company (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the members and officers of the Company on June 19, 2024 in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the members and officers, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Derek Gentile is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); and

RESOLVED that Derek Gentile is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Derek Gentile be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the United States

Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Charles D. Bullock and the law firm of Stevenson & Bullock, P.L.C. be and it hereby are, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that Capstone Partners be and hereby are employed as investment banker for the Company for the Bankruptcy Case;

RESOLVED, that the law firm of Kotz Sangster Wysocki P.C. be and hereby are employed as special counsel for the Company for the Bankruptcy Case;

RESOLVED, that any and all past actions heretofore taken by any members, directors, and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of June, 2024.

APPROVED:

**EEI MOBILE, LLC**

By: /s/ Derek M. Gentile
Its: Member

By: /s/ Derek M. Gentile, Trustee of the Barbara Z. Gentile Living Trust
Its: Member

**Fill in this information to identify the case:**

Debtor name **EEI Mobile, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**       X **/s/ Derek M. Gentile**
                                      Signature of individual signing on behalf of debtor

                                      **Derek M. Gentile**
                                      Printed name

                                      **Responsible Person**
                                      Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re **EEI Mobile, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barbara Z. Gentile Living Trust**<br>**2660 W. Buell Road**<br>**Oakland, MI 48363** | **Equity** | **10%** | **Membership** |
| **Derek M. Gentile**<br>**2660 W. Buell Road**<br>**Oakland, MI 48363** | **Equity** | **90%** | **Membership** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Responsible Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 20, 2024**

Signature **/s/ Derek M. Gentile**  
**Derek M. Gentile**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re  **EEI Mobile, LLC**                                                                 Case No.
                                    Debtor(s)                                              Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Responsible Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 20, 2024**               /s/ Derek M. Gentile
                                       **Derek M. Gentile**/**Responsible Person**
                                       Signer/Title

ABB Inc.
2500 S. Commerce Drive
New Berlin, WI 53151


All America Plywood
18840 John R
Highland Park, MI 48203


Aluminum Supply Co.
14359 Meyers Road
Detroit, MI 48227


American Axle & Manufacturing
One Dauch Drive
Detroit, MI 48211


Amplex Electric
22690 Pemberbille Rd
Luckey, OH 43443


APTIV
5725 Innovation Drive
Troy, MI 48098


Austin Team Co.
1835A Kramer Lane, Suite 600
Austin, TX 78758


Autoliv
1320 Pacific Drive
Auburn Hills, MI 48326


AVL
47519 Halyard Drive
Plymouth, MI 48170


Backcountry BC & Beyond
PO Box 291
Cranbrook, BC V1C4H8


Blue Beacon
Po Box 856
Salina, KS 67402

Bluewater Technologies
30303 Beck Road
Wixom, MI 48393


Capital Alliance Corp
6246 W. Sterns Rd.
Ottawa Lake, MI 49267


Cardinal Services Inc.
Merchant Financial Corp.
P.O. Box 632192
Cincinnati, OH 45263


CGS Imaging Inc
PO Box 7410023
Chicago, IL 60674


Charles Wright
315 E Warren
Detroit, MI 48201


Charter Communications
Po Box 6030
Carol Stream, IL 60197


Clearly Promotion Inc.
3017 E Canyon Creek Cir
Layton, UT 84040


CNH Industrial
6221 State Street
Racine, WI 53404


Color Reflections
3560 South Valley View Blvd
Las Vegas, NV 89103


Comerica Bank
Commercial Loan Documentation
39200 Six Mile Road-M.C. 7578
Livonia, MI 48152

Complete Capital Services, Inc.
22811 Greater Mack Avenue
Suite 203
Saint Clair Shores, MI 48080


Control Tech (APTIV)
5725 Innovation Drive
Troy, MI 48098


Convention & Show Services
1250 Jon A Papalas Drive
Lincoln Park, MI 48146


Cooper Standard
40300 Traditions Drive
Northville, MI 48167


Dana
3939 Technology Drive
Maumee, OH 43537


Dell Finanical Services, L.L.C.
12234 N. IH-35 Bldg B
Austin, TX 78753


Denso
24777 Denso Drive
Southfield, MI 48086-5047


Donald McNabb
PO Box 448
Milford, MI 48381


Eaton Pines LLC
7401 Freemont Pike
Building 2
Perrysburg, OH 43551


EEI Global
1601 West Hamlin Road
Rochester Hills, MI 48309


Eventnext, Inc.
3340 South Lapeer Road
Lake Orion, MI 48359

Expand Intl of America
3181 Solutions Center
Chicago, IL 60677


Faurecia
2800 High Meadow Circle
Grosse Pointe, MI 48236


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250


First Brands
127 Public Square, Ste. 5300
Cleveland, OH 44114


Fusion Imaging
1121 Flint Meadow Drive
Kaysville, UT 84037


Fyr-Fyter Sales & Service
Po Box 5640
Toledo, OH 43613


General Motors
Renaissance Center - 300
Detroit, MI 48265-3000


Grimco, Inc.
29538 Network Place
Chicago, IL 60673


Highmark Techsystems
8343 Clinton Park Drive
Fort Wayne, IN 46825


Hitachi Rail STS USA, Inc.
1000 Technology Drive
Pittsburgh, PA 15219


IAC
28333 Telegraph Road
Southfield, MI 48034

Interactive Consulting
1155 Slutyer St
Grand Rapids, MI 49508


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jack Morton
2000 Brush Street, Suite 301
Detroit, MI 48226


John Tagle Associates
15500 Oakwood Dr.
Romulus, MI 48174


Kirk Miller
3358 Tiquewood
Commerce Township, MI 48382


Laird Plastic
13800 Cavaliere Dr.
Utica, MI 48315


MAC Freight Services, Inc.
44241 Macomb Industrial Drive
Clinton, MI 48036


Magna
750 Tower Drive
Troy, MI 48098


Maxion
39500 Orchard Hill Place, Suite 500
Novi, MI 48375


Michael Smith
38573 Elsie St
Livonia, MI 48154


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

Michigan Dept of Treasury - Collections
P.O. Box 30199
Lansing, MI 48909


Miller and Associates Consulting, Inc.
Attention: Kirk Miller
3358 Tiquewood
Commerce Township, MI 48382


Miller Canfield, Paddock and Stone, PLC
Steven A. Roach
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226


Motor City Fastener, LLC
Motor City Industrial Dept .85
P.O. Box 4985
Houston, TX 77210-4985


Perrysburg Industrial Park
2265 Livernois Rd.
Ste 500
Troy, MI 48083


Plastic Omnium
2710 Bellingham Drive
Troy, MI 48083


PPG
One PPG Place
Pittsburgh, PA 15272


Prefix Corporation
1400 S. Livernois
Rochester Hills, MI 48307


Scan Global Logistics
PO Box 7410684
Chicago, IL 60674-0684


Sho Link
5 Revere Drive, Suite 200
Northbrook, IL 60062

Sho Link Inc.
13975 W. Polo Trail Drive
Suite 101
Lake Forest, IL 60045


SPG Engineering
6852 Hitchingpost Circle
Huntington Beach, CA 92648


Stanadyne
20750 Civic Center Drive
Southfield, MI 48076


State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437


State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202


State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922


State of Ohio
Ohio Department of Taxation
Columbus, OH 43218-2402


Stratus Building Solutions
Po Box 208299
Dallas, TX 75320


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Ten Point Media Inc
1783 W Hamlin Rd
Rochester Hills, MI 48309

```
The Dow Chemical Company
2211 H.H. Dow Way
Midland, MI 48674


The Shyft Group
41280 Bridge Street
Novi, MI 48375


TI Automotive
2020 Taylor Road
Auburn Hills, MI 48326


Toledo Edison
P.O. Box 3687
Akron, OH 44309-3687


Trident MPS LLC
3400 E. Lafayette
Detroit, MI 48207


U.S. Attorney
attn: Civil Division (IRS)
211 West Fort St., Ste 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


US Facilities
3000 University Drive
Auburn Hills, MI 48326


Valeo
150 Stephenson Highway
Troy, MI 48083


Veoneer
420 S. Fairview Ave., Suite 103
Goleta, CA 93117


Verizon Wireless
Po Box 15062
Albany, NY 12212
```

Vigilante
2681 Industrial Row
Troy, MI 48084


Vontage
101 Crawfords Corner Rd
Suite 2416
Holmdel, NJ 07733


Webasto
15083 North Road
Fenton, MI 48430


Work Wear Outfitters
545 Marriott Drive, Suite 100
Nashville, TN 37214


Worldwide Express
29228 Network Place
Chicago, IL 60673


Xerox Finanical Services
201 Merritt 7
Norwalk, CT 06856


Zund America, Inc.
8142 South
6th Street
Oak Creek, WI 53154